BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIVA STEIN,<br><br>  Plaintiff,<br><br> v.<br><br>RIGNET, INC., JAMES H. BROWNING, GAIL SMITH, STEVEN E. PICKETT, KEVIN J. O'HARA, MATTIA CAPRIOLI, DITLEF DE VIBE, KEVIN MULLOY, KEITH OLSEN, BRENT K. WHITTINGTON, VIASAT, INC., and ROYAL ACQUISITION SUB, INC.,<br><br>  Defendants. | Case No. 3:21-cv-00289-JLS-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br>JUDGE:  Hon. Janis L. Sammartino<br>CTRM:   4D, 4th Floor |

1    PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice.  Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

DATED: April 20, 2021

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
       RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Counsel for Plaintiff*

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:21-cv-00289-JLS-BLM